UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PAMELA M. HUPP,

    Plaintiff,

-vs-                            CASE NO. 98-20-CIV-FTM-10

FISCHER INTERNATIONAL
SYSTEMS CORP.,

    Defendant.
_____/

## ORDER

This case is before the Court on the following motions: (1) Plaintiff's counsels' motion to withdraw filed February 25, 1999 (Doc. 11); (2) Plaintiff's *pro se* motion to dismiss filed March 10, 1999 (Doc. 13); and (3) Plaintiff's unopposed motion for extension of the discovery period filed March 15, 1999 by Plaintiff's counsel (Doc. 15).

Counsel for the Plaintiff state in their motion to withdraw that the Plaintiff has "failed to make satisfactory arrangements for payment of costs and expenses related to this action." Prior to ruling on the motion, the Plaintiff filed a *pro se* motion to dismiss this action in its entirety on the grounds that she has been unable to locate new counsel and that she does not have the necessary funds to pay for the costs and expenses of this litigation. The Defendant has not responded to either motion, and the time for responding has elapsed.

Federal Rule of Civil Procedure 41(a)(1) permits voluntary dismissal without court order (1) by the Plaintiff if no answer has been served; or (2) after an answer has been

served, if the notice is signed by all parties having appeared in the action. Because the Defendant answered the complaint on July 1, 1997, (Doc. 7), the notice fails to meet either requirement. However, ten (10) days have expired since the filing of the notice and Defendants have not responded. M.D.Fla.Rules 3.01(b). The Court will therefore treat the Defendant's failure to respond as consent to the dismissal.

Accordingly, upon due consideration:

(1) The motion to withdraw as counsel for the Plaintiff (Doc. 11) is GRANTED and counsel are relieved and discharged from any further responsibility for the representation of the Plaintiff. Withdrawing counsel shall immediately furnish a copy of this Order to the Plaintiff and promptly file a certificate that they have done so.

(2) The Plaintiff's *pro se* motion to dismiss (Doc. 13) is GRANTED, and this action is DISMISSED WITHOUT PREJUDICE. The Clerk is directed to enter judgment accordingly, terminate any and all pending motions, and close the file.

(3) The Plaintiff's unopposed motion for an extension of the discovery period (Doc. 15) is DENIED AS MOOT.

IT IS SO ORDERED.

DONE AND ORDERED at Jacksonville, Florida, this 27th day of April, 1999.

_____
UNITED STATES DISTRICT JUDGE

Copy to counsel of record
Copy to Plaintiff