AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### MIDDLE DISTRICT OF FLORIDA

## JUDGMENT IN A CIVIL CASE

PAMELA HUPP

V.    CASE NUMBER: 98-20-CIV-FTM-10

FISCHER INTERNATIONAL
SYSTEMS, CORP.

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing on the claim against Defendants and the action be dismissed without prejudice.

RICHARD D. SLETTEN
Clerk of Court

Dated: 4/28/99

By: Bette-Jo Herren
Deputy Clerk